# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CHRISTINE ADAMS, et al.,**

      **Plaintiffs,**

      v.

      **Civil Action 2:17-cv-200**
      **Judge Algenon L. Marbley**
      **Magistrate Judge Jolson**

**OHIO UNIVERSITY, et al.,**

      **Defendants.**

## REPORT AND RECOMMENDATION
## AND ORDER

This matter is before the Court on Plaintiffs' Motion for Leave to File a First Amended Complaint. (Doc. 21). Defendants have advised this Court that they will not oppose Plaintiffs' Motion. Rule 15(a)(2) of the Federal Rules of Civil Procedure provides that, when a party must seek leave of court to amend a pleading, "[t]he court should freely give leave when justice so requires." For good cause shown, and in light of the federal policy in favor of liberal amendment, the unopposed Motion for Leave to File a First Amended Complaint is **GRANTED**. (Doc. 21). The Clerk is **DIRECTED** to file Doc. 21-1 and related exhibits as the First Amended Complaint. Based on the foregoing, it is **RECOMMENDED** that Defendants' Motion to Dismiss be **DENIED** as **MOOT**. (Doc. 13).

In addition, this Court previously limited permissible discovery. (*See* Doc. 20). Because the procedural posture of this case has changed, the parties are **DIRECTED** to meet and confer and submit a joint proposed scheduling order to the Court by June 23, 2017. The joint proposed scheduling order may be submitted to chambers (jolson_chambers@ohsd.uscourts.gov) and need

not be filed on the Courts' docket.

IT IS SO ORDERED.


Date: June 19, 2017 /s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE