IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE ADAMS, et al., | Case No. 2:17-CV-200 |
| Plaintiff, | |
| | JUDGE ALGENON L. MARBLEY |
| v. | |
| | Magistrate Judge Jolson |
| OHIO UNIVERSITY, et al., | |
| Defendants. | |

## ORDER

This matter comes before the Court on the Magistrate Judge's June 19, 2017, **Report and Recommendation** (ECF No. 22), which recommended that Defendant's Motion to Dismiss (ECF No. 13) be denied as moot. Defendants did not object, and have subsequently filed a Motion to Dismiss Plaintiff's Amended Complaint. (ECF No. 28). The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein, and finds that Defendant's Motion to Dismiss filed on April 20, 2017, is **MOOT**.

**IT IS SO ORDERED.**

s/ Algenon L. Marbley
ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

DATED: December 12, 2017